**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | |
| CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKAT) TAX REFUND LITIGATION | 18-MD-2865 (LAK) |
| This document relates to: 18-cv-07824 (LAK) | ECF Case |

This document relates to: 18-cv-07824 (LAK)
                        18-cv-07827 (LAK)
                        18-cv-07828 (LAK)
                        18-cv-07829 (LAK)
                        18-cv-09434 (LAK)
                        18-cv-09439 (LAK)
                        18-cv-09489 (LAK)
                        18-cv-09490 (LAK)
                        18-cv-09491 (LAK)
                        18-cv-09492 (LAK)
                        18-cv-09494 (LAK)
                        18-cv-09497 (LAK)
                        18-cv-09498 (LAK)
                        18-cv-09505 (LAK)
                        18-cv-09507 (LAK)
                        18-cv-09511 (LAK)
                        18-cv-09515 (LAK)
                        18-cv-09549 (LAK)
                        18-cv-09552 (LAK)
                        18-cv-09565 (LAK)
                        18-cv-09570 (LAK)
                        18-cv-09587 (LAK)
                        18-cv-09588 (LAK)
                        18-cv-09589 (LAK)
                        18-cv-09590 (LAK)
                        18-cv-09650 (LAK)
                        18-cv-09665 (LAK)
                        18-cv-09666 (LAK)
                        18-cv-09668 (LAK)
                        18-cv-09669 (LAK)
                        18-cv-09797 (LAK)
                        18-cv-09836 (LAK)
                        18-cv-09837 (LAK)
                        18-cv-09838 (LAK)
                        18-cv-09839 (LAK)
                        18-cv-09840 (LAK)

| |
|---|
| 18-cv-09841 (LAK) |
| 18-cv-10028 (LAK) |
| 18-cv-10030 (LAK) |
| 18-cv-10031 (LAK) |
| 18-cv-10032 (LAK) |
| 18-cv-10035 (LAK) |
| 18-cv-10036 (LAK) |
| 18-cv-10039 (LAK) |
| 18-cv-10049 (LAK) |
| 18-cv-10060 (LAK) |
| 18-cv-10061 (LAK) |
| 18-cv-10062 (LAK) |
| 18-cv-10063 (LAK) |
| 18-cv-10064 (LAK) |
| 18-cv-10065 (LAK) |
| 18-cv-10066 (LAK) |
| 18-cv-10067 (LAK) |
| 18-cv-10069 (LAK) |
| 18-cv-10070 (LAK) |
| 18-cv-10071 (LAK) |
| 18-cv-10073 (LAK) |
| 18-cv-10074 (LAK) |
| 18-cv-10076 (LAK) |
| 18-cv-10077 (LAK) |
| 18-cv-10080 (LAK) |
| 18-cv-10082 (LAK) |
| 18-cv-10083 (LAK) |
| 18-cv-10086 (LAK) |
| 18-cv-10088 (LAK) |
| 18-cv-10090 (LAK) |
| 18-cv-10091 (LAK) |
| 18-cv-10092 (LAK) |
| 18-cv-10093 (LAK) |
| 18-cv-10094 (LAK) |
| 18-cv-10095 (LAK) |
| 18-cv-10096 (LAK) |
| 18-cv-10098 (LAK) |
| 18-cv-10099 (LAK) |
| 18-cv-10100 (LAK) |
| 18-cv-10118 (LAK) |
| 18-cv-10119 (LAK) |
| 18-cv-10122 (LAK) |
| 18-cv-10123 (LAK) |
| 18-cv-10124 (LAK) |
| 18-cv-10125 (LAK) |
| 18-cv-10126 (LAK) |

|                      |
|----------------------|
| 18-cv-10127 (LAK)    |
| 18-cv-10129 (LAK)    |
| 18-cv-10130 (LAK)    |
| 18-cv-10133 (LAK)    |
| 18-cv-10134 (LAK)    |
| 18-cv-10135 (LAK)    |
| 18-cv-10136 (LAK)    |
| 18-cv-10137 (LAK)    |

## STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINTS

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned

counsel that the time within which Defendants in the above-captioned cases may answer the

Complaints is hereby extended up to and including July 29, 2019.  This stipulated extension of

time is consistent with the proposed schedule set forth in the Letter filed by the Plaintiff with this

Court on April 4, 2019 (Dkt. No. 93), which identified the answer deadline for the enumerated

Defendants to be 45 days from the Court's ruling on the Order to Show Cause (Dkt. No. 63).

The Court ruled on the Order to Show Cause on June 12, 2019 (Pretrial Order No. 8, Dkt. No.

133).

No provision of this Stipulation and Order shall be construed as a waiver of, and

Defendants expressly reserve, any and all defenses.

This is the parties' first request for extension of time to answer to the Complaints for the enumerated cases, as the previous request filed with the Court on July 11, 2019 (Proposed Stipulation and Order, Dkt. No. 151) incorrectly stated the date of the extension.

Dated: New York, New York

July 15, 2019

s/ Mark D. Allison                           s/ Sarah L. Cave_____ *(e-signed with consent)*

Mark D. Allison                              Sarah L. Cave
Zhanna A. Ziering                            Marc A. Weinstein
CAPLIN & DRYSDALE, CHARTERED                 William R. Maguire
600 Lexington Ave., 21st Floor               HUGHES HUBBARD & REED LLP
New York, NY 10022                           One Battery Park Plaza
Tel: (212) 379-6000                          New York, New York 10004-1482
mallison@capdale.com                         Telephone: (212) 837-6000
zziering@capdale.com                         sarah.cave@hugheshubbard.com
                                             marc.weinstein@hugheshubbard.com
*Attorneys for Defendants:*                  bill.maquire@hugheshubbard.com
*Aerovane Logistics LLC Roth 401(K) Plan*
*Blackrain Pegasus LLC Solo 401K Plan*       *Attorneys for Plaintiff SKAT*
*Blue Ocean Equity LLC Retirement Plan &*
*Trust*
*Bradley Crescenzo*
*Cole Enterprises USA Retirement Plan & Trust*
*CSCC Capital Pension Plan*
*Delgado Fox LLC Solo 401K Plan*
*Doston Bradley*
*Edgepoint Capital LLC Roth 401(K) Plan*
*FiftyEightSixty LLC Solo 401K Plan*
*Gyos 23 LLC Solo 401K Plan*
*Headsail Manufacturing LLC Roth 401K Plan*
*JML Capital LLC 401K Plan*
*John LaChance*
*Kevin Kenning*
*KK Law Firm Retirement Plan Trust*
*Matthew Tucci*
*Natoli Management Pension Plan*
*Nova Fonta Trading LLC 401K Plan*
*OneZeroFive LLC Solo 401K Plan*
*Pegasus Fox 23 LLC Solo 401K Plan*
*Robert Klugman*

*The 78 Yorktown Pension Plan*
*The Balmoral Management LLC 401K Pension Plan*
*The Beach Tree Partners 401K Plan*
*The Bella Consultants Pension Plan*
*The Blackbird 401K Plan*
*The Cambridge Town Line Pension Plan*
*The Cardinal Consulting Pension Plan*
*The Chambers Property Management, LLC 401K Plan*
*The Crow Associates Pension Plan*
*The Diamond Scott Capital Pension Plan*
*The Dink 14 LLC 401K Plan*
*The Egret Associates LLC 401K Plan*
*The Everything Clean LLC 401K Plan*
*The FWC Capital LLC Pension Plan*
*The Green Group Site Pension Plan*
*The Hawk Group Pension Plan*
*The Heron Advisors Pension Plan*
*The Hibiscus Partners LLC 401K Plan*
*The Hoboken Advisors LLC 401K Plan*
*The Hotel Fromance Pension Plan*
*The Jayfran Blue Pension Plan*
*The Joanne E. Bradley Solo 401K Plan*
*The JT Health Consulting LLC 401K Plan*
*The Jump Group LLC 401K Plan*
*The Lakeview Advisors 401K Plan*

*The Maple Advisors LLC 401K Plan*
*The Mountain Air LLC 401K Plan*
*The Mueller Investments Pension Plan*
*The Oak Tree One 401K Plan*
*The Oaks Group Pension Plan*
*The Osprey Associates LLC 401K Plan*
*The Patrick Partners Conglomerate Pension Plan*
*The Random Holdings 401K Plan*
*The RDL Consulting Group LLC Pension Plan*
*The Robin Daniel Pension Plan*
*The Sandpiper Pension Plan*
*The Sea Bright Advisors LLC 40K Plan*
*The Shapiro Blue Management LLC 401K Plan*
*The Sinclair Pension Plan*
*The SKSL LLC Pension Plan*
*The Skybax LLC 401K Plan*
*The Snow Hill Pension Plan*
*The Tag Realty Advisors LLC 401K Plan*
*The Throckmorton Advisors 401K Plan*
*The Valerius LLC Solo 401K Plan*
*The Wave Maven LLC 401K Plan*
*The Westridge Ave LLC 401K Plan*
*The Zen Training LLC 401(K) Plan*
*Todd Bergeron*
*Vincent Natoli*

s/ John C. Blessington *(e-signed with consent)*     s/ Mark J. Hyland *(e-signed with consent)*

John C. Blessington                                   Mark J. Hyland
Brendon R. Dillman                                    Thomas Ross Hooper
K&L GATES LLP                                         Shrey Sharma
State Street Financial Center                         SEWARD & KISSEL LLP
One Lincoln Street                                    One Battery Park Plaza
Boston, MA 02111                                      New York, NY 10004
Telephone: (617) 261-3100                             Telephone: (202) 737-8833
john.blessington@klgates.com                          hyland@sewkis.com
brandon.dillman@klgates.com                           hooper@sewkis.com
                                                      sharma@sewkis.com
*Attorneys for:*
*Alexander Jamie Mitchell III*                        *Attorneys for:*
*American Investment Group of New York, L.P.*         *Andrea Tew*
*Pension Plan*                                        *Autoparts Pension Group Trust*
*David Schulman*                                      *Bernard Tew*
*DW Construction, Inc. Retirement Plan*               *Bluegrass Investment Management, LLC*
*Joan Schulman*                                       *Bluegrass Investment Management, LLC*
*Kamco Investments, Inc. Pension Plan*                *Retirement Plan*
*Kamco LP Profit Sharing Pension Plan*                *Bluegrass Retirement Group Trust*
*Linden Associates Defined Benefit Plan*              *Casting Pension Group Trust*
*Moira Associates LLC 401 (K) Plan*                   *Central Technologies Pension Group Trust*
*Newsong Fellowship Church 401K Plan*                 *Industrial Pension Group Trust*
*Riverside Associates Defined Benefit Plan*           *Stephanie Tew*
*Stacey Kaminer*                                      *SV Holdings, LLC Retirement Plan*
                                                      *Tew Enterprises, LLC Retirement Plan*
                                                      *Tew, LP Retirement Plan*
s/ John Hanamirian *(e-signed with consent)*          *Vincent Tew*

John Hanamirian
HANAMIRIAN LAW FIRM
30 Wall Street
New York, NY 10005
Telephone: (856) 793-9092
jmh@hanamirian.com

*Attorney for:*
*Acorn Capital Corporation Employee Profit*
*Sharing Plan*
*Acorn Capital Strategies LLC Employee*
*Pension Profit Sharing Plan & Trust*
*Cambridge Way LLC 401K Profit Sharing Plan*
*Christopher Nowell*
*Gregory Summers*
*Shreepal Shah*
*Tveter LLC Pension Plan*

SO ORDERED:

_____
     Hon. Lewis A. Kaplan
     United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 15, 2019, true and correct copies of the Stipulation and

Proposed Order Extending Time to Respond to the Complaints were served by CM/ECF on the

attorneys identified below.

Sarah L. Cave
Marc A. Weinstein
William R. Maguire
John T. McGoey
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
sarah.cave@hugheshubbard.com
marc.weinstein@hugheshubbard.com
bill.maquire@hugheshubbard.com
john.mcgoey@hugheshubbard.com
*Attorneys for Plaintiff SKAT*


John C. Blessington
Brendon R. Dillman
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone: (617) 261-3100
john.blessington@klgates.com
brandon.dillman@klgates.com

*Attorneys for:*
*Alexander Jamie Mitchell III*
*American Investment Group of New York, L.P. Pension Plan*
*David Schulman*
*DW Construction, Inc. Retirement Plan*
*Joan Schulman*
*Kamco Investments, Inc. Pension Plan*
*Kamco LP Profit Sharing Pension Plan*
*Linden Associates Defined Benefit Plan*
*Moira Associates LLC 401 (K) Plan*
*Newsong Fellowship Church 401K Plan*
*Riverside Associates Defined Benefit Plan*
*Stacey Kaminer*

John Hanamirian
HANAMIRIAN LAW FIRM
30 Wall Street
New York, NY 10005
Telephone: (856) 793-9092
jmh@hanamirian.com

*Attorney for:*
*Acorn Capital Corporation Employee Profit Sharing Plan*
*Acorn Capital Strategies LLC Employee Pension Profit Sharing Plan & Trust*
*Cambridge Way LLC 401K Profit Sharing Plan*
*Christopher Nowell*
*Gregory Summers*
*Shreepal Shah*
*Tveter LLC Pension Plan*

Sheldon S. Toll
LAW OFFICE OF SHELDON S. TOLL PLLC
29580 Northwestern Hwy., Ste. 1000
Southfield, MI 48034
Telephone: (248) 797-9111
sst@lawtoll.com

*Attorney for:*
*George Hofmeister*
*JSH Farms LLC 401(K) Plan*
*KRH Farms LLC 401(K) Plan*
*MGH Farms LLC 401(K) Plan*
*MSJJ Retirement Group Trust*
*SRH Farms LLC 401(K) Plan*
*Triton Farms LLC 401(K) Plan*

Mark J. Hyland
Thomas Ross Hooper
Shrey Sharma
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (202) 737-8833
hyland@sewkis.com
hooper@sewkis.com
sharma@sewkis.com

*Attorneys for:*
*Andrea Tew*
*Autoparts Pension Group Trust*

*Bernard Tew*
*Bluegrass Investment Management, LLC*
*Bluegrass Investment Management, LLC Retirement Plan*
*Bluegrass Retirement Group Trust*
*Casting Pension Group Trust*
*Central Technologies Pension Group Trust*
*Industrial Pension Group Trust*
*Stephanie Tew*
*SV Holdings, LLC Retirement Plan*
*Tew Enterprises, LLC Retirement Plan*
*Tew, LP Retirement Plan*
*Vincent Tew*

s/ Mark D. Allison

Mark D. Allison
CAPLIN & DRYSDALE, CHARTERED
600 Lexington Ave., 21st Floor
New York, NY 10022
(212) 379-6000
mallison@capdale.com