EXECUTION COPY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to case no. 18-cv-09492. |

MASTER DOCKET

18-md-2865 (LAK)

## [PROPOSED] CONSENT JUDGMENT

WHEREAS, on June 14, 2018, plaintiff Skatteforvaltningen ("SKAT") commenced this action against defendants Tew, LP Retirement Plan ("Tew LP") and Vincent Tew, and on April 24, 2020, SKAT filed an amended complaint against the defendants (the foregoing collectively hereinafter referred to as the "Action");

WHEREAS, SKAT and defendant Tew LP now wish to resolve all the claims SKAT asserted in the Action against Tew LP;

NOW THEREFORE, without trial or adjudication of issue of fact or law, and upon Tew LP's consent, the Court finds that there is good and sufficient cause to enter this Consent Judgment, and that IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT:

1.	This Consent Judgment is hereby entered in favor of plaintiff SKAT against defendant Tew LP in the amount of $2,425,000 (US); and

2.	Defendant Tew LP shall be liable to pay the amount set forth in paragraph 1.

3.	Each party shall bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Consent Judgment.

61789524_1

**EXECUTION COPY**

Dated: New York, New York
      June _7_, 2021

By:_____       By: _____

HUGHES HUBBARD & REED LLP      SEWARD & KISSEL LLP
Marc A. Weinstein      Mark J. Hyland
Neil J. Oxford      Thomas Ross Hooper
Dustin P. Smith      One Battery Park Plaza
One Battery Park Plaza      New York, New York 10004
New York, New York 10004-1482      Tel: (212) 574-1200
Telephone: (212) 837-6000      Fax: (212) 480-8421
Fax: (212) 422-4726      hyland@sewkis.com
marc.weinstein@hugheshubbard.com      hooper@sewkis.com
neil.oxford@hugheshubbard.com
dustin.smith@hugheshubbard.com      *Counsel for Tew LP, Retirement Plan*

*Counsel for Plaintiff Skatteforvaltningen*
*(Customs and Tax Administration of the*
*Kingdom of Denmark)*

SO ORDERED:

_____
Lewis A. Kaplan
United Stated District Judge

60

June 7, 2021

By: _____

HUGHES HUBBARD & REED LLP
Marc A. Weinstein
Neil J. Oxford
Dustin P. Smith
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
marc.weinstein@hugheshubbard.com
neil.oxford@hugheshubbard.com
dustin.smith@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen
(Customs and Tax Administration of the
Kingdom of Denmark)*

By: *Mark J. Hyland*

SEWARD & KISSEL LLP
Mark J. Hyland
Thomas Ross Hooper
One Battery Park Plaza
New York, New York 10004
Tel: (212) 574-1200
Fax: (212) 480-8421
hyland@sewkis.com
hooper@sewkis.com

*Counsel for Tew LP, Retirement Plan*

SO ORDERED:

_____
Lewis A. Kaplan
United Stated District Judge